OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.26⁵
0004279596    MAR 06 2015
MAILED FROM ZIP CODE

3/4/2015
TRAWEEK, TRAVIS R.    Tr. Ct. No. 1042137-A    WR-82,866-01

On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

Disch.

TRAVIS R. TRAWEEK    RTS
LEWIS UNIT - TDC #1412455
P. O. BOX 9000
WOODVILLE, TX 75990

REF